UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 03-10361-RWZ |
| | ) | |
| CARLA PAIVA | ) | |

DEFENDANT'S ASSENTED-TO MOTION FOR
MODIFICATION OF RELEASE CONDITIONS

Under 18 U.S.C. § 3142(c)(3), defendant Carla Paiva moves for modification of her release conditions to lift the drug testing requirement. In support of this motion, Ms. Paiva states as follows:

On December 10, 2003, Ms. Paiva was released on a $25,000 unsecured bond, subject to certain conditions. One condition was that Ms. Paiva be subject to random drug testing. Since that time, she has been tested randomly. All of her tests have been negative.

Following Ms. Paiva's arraignment on the Superseding Indictment today (August 3, 2004), U.S. Pretrial Services Officer Basil F. Cronin approached the undersigned and indicated that Ms. Paiva has consistently tested negative for drugs and that it would be appropriate to modify Ms. Paiva's release conditions to lift the drug testing requirement. Mr. Cronin suggested that Ms. Paiva submit a motion to modify her release conditions to lift the drug testing condition.

As Pretrial Services recognizes, the drug testing condiction is unnecessary in Ms. Paiva's situation. It is also inconvenient and disruptive to Ms. Paiva, requiring her to call in every evening, and, on a random basis, travel into Boston from her home in Fall River, to be tested for drugs.

If the drug testing condition were lifted, all other conditions of Ms. Paiva's conditions of release would remain unchanged.

The government, by Assistant U.S. Attorney William D. Weinreb, and the Pretrial Services Office, by U.S. Pretrial Services Officer Basil F. Cronin, assent to this motion.

For these reasons, Ms. Paiva requests the Court to modify her release conditions to lift the drug testing requirement.

                                          CARLA PAIVA
                                          By her attorney,

                                          / S / Peter B. Krupp

Dated: August 3, 2004                    Peter B. Krupp
                                              B.B.O. #548112
                                          Lurie & Krupp, LLP
                                          One McKinley Square
                                          Boston, MA 02109
                                          Tel: 617-367-1970