September 2, 2005

The Honorable Rya W. Zobel
United States District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Dear Judge Zobel,

I am writing to you on behalf of my sister, Carla Paiva. I just want to tell you a little about Carla and her life. We come from a big family and were all placed in foster care as kids. Carla and I were placed down the street from one another. We grew up together. She always looked out for me; she was like my mother. I want you to know what a great person and friend Carla is. We had our problems, but when I really needed her she was always there for me or anyone else who needed her. She's a great mother. She loves her son, Russell, very much – that child means the whole world to her. Carla has put that child before anything or anybody. You must see how much she means to me and to her child.

My children love Carla as well. One time, when my children and I were homeless, my sister opened her home and her heart to us, no questions asked. I have five children and Carla lived in a two-bedroom apartment, but Carla still found room for us. That's just the kind of person she is.

Carla had a tough time raising her child by herself but did not think of giving up. She is a fighter and a great mother. Her friends adore her, they treasure every moment they have with her. Carla is fun and has a great soul. She puts others before herself. After my father had a massive stroke, she thought nothing of helping my mother with him. She bathes him and makes sure he has all his medicine. Everyday she goes to my mother's house and gives him his pills and washes him. My mother really needs her. My mother is getting old and forgets things. Carla really does do a lot for my parents.

I thank you very much for your time, and for reading my letter. I know you are a busy person, and I hope you take my letter into consideration on behalf of my sister.

Thank you,

Sidonia Paiva

*Sidonia Paiva*