The Honorable Rya W. Zobel
United States District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Dear Judge Zobel,

My name is Jacqueline Medeiros. I am a registered nurse at St. Anne's Hospital in Fall River MA. I live in Fall River and have lived and worked here all of my adult life. I attended Bristol Community College where I obtained an associates degree in nursing. I graduated in 1999 and have worked at St. Anne's Hospital and Hope House which is it's housing program for people living and dying of Aids since before I graduated. Prior to that I worked in factories in the area until I could find the financial means to attend nursing school. I am the clinical nurse at Hope House and a staff nurse on the medical surgical unit in the hospital. I am responsible for maintaining the health records and medicines for all of the patients at Hope House. I also deal with the physicians in meeting the medical needs of the residents on a daily basis. I deal with the staff as their direct clinical supervisor and answer directly to the administrator of Hope House. I met Carla Paiva when I started working at Hope House as an R.N. shortly after I graduated in 1999. I worked as her direct clinical supervisor for approximately 3 years.

Carla always worked well both with the staff and the residents. She has an excellent sense of humor which is essential in dealing with the end of life issues we deal with at Hope House. She was dependable and rarely missed work unless her son was ill or she herself was ill. She had keys to the entire house and most importantly to the safe where the narcotics are kept. There were never any medications unaccounted for and we never had any other items missing. She had numerous opportunities to take controlled substances or any number of items as she worked alone on many occasions. I never observed any behaviors that would lead me to believe she was under the influence of any illicit substances while working or when I saw her outside of work.

Carla has obviously made a serious error in judgment. However she is a good person. Locking her up would serve no purpose as I truly do not feel she is a danger to the community. She has the potential to do wonderful things with her future. She continues to work a difficult job as a nursing assistant in area nursing homes and to support her son rather than give up. She is still a young woman and I am encouraging her to stay on track and hopefully fulfill her dream of becoming a nurse in the future. I would be honored to work with her as a R.N. and have no problem mentoring her down that road. She had a difficult childhood spending most of her young years in foster homes, not having the contact she craved with her biological family. She talks about this often and it has had an impact on her life. I think that because of this past she has become the mother she is.

She loves her son very much and is actively involved with his life. She appropriately pushes him toward higher education because she wants him to have a better future than she had. I truly hope you can see Carla as I have described her. I believe she has great potential and will learn a very hard lesson from this experience. She is a kind and loving person that has overcome personal problems in the past and will in my opinion continue to do so. Thank you for your time and allowing me to write this on her behalf.

Sincerely,

*Jacqueline Medeiros R.N.*

Jacqueline Medeiros R.N.
163 Moorland Street
Fall River, MA 02724