**Saint Anne's Hospital**

August 29, 2005

The Honorable Rya W. Zobel
United States District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Dear Judge Zobel,

My name is David F. Ramos R.N. and I am the clinical director of Hope House of Saint Anne's Hospital, where I work to provide care for advanced to end stage AIDS patients. It was through Hope House that I met Carla Paiva. Carla sought me out to work at Hope House with these terminal AIDS patients some 5 to 6 years ago.

Hope House houses only 10 individuals with this advanced disease. It takes a truly compassionate and special person to choose to work with this population. It was Carla's choice to work here; she could have worked anywhere being that there is such a shortage of Nurses Aids, yet she chose to work with dying AIDS patients, many not much older than she. This is a testament to the person that I am speaking of.

As I eluded too earlier, there are only ten individuals here so you cannot help getting to the resident (patient) better than you would in an institutional environment, and that too is true of my getting to know my staff. Carla was a wonderful person to work with, she was compassionate, caring, and brought a sense of humor to the residents and staff alike.

I am fortunate to get to know my staff better than most employers and I could tell that Carla had a difficult life. Carla was raised by foster parents due to her father's alcoholism and her mother's choice to give up her children in favor of an alcoholic spouse. These events and scars mold an individual into ultimately what they become. I am not saying that we do not make decisions with our lives, I am saying that people make mistakes and should be given an opportunity to correct them, just as Carla forgave her mother and father, and did not disown them later in life. Rather, Carla embraced her parents and attempted to develop a relationship with them as well as her siblings.

As far as her substance use and abuse goes, Carla worked at Hope House for a number of years, had sufficient opportunity to divert drugs yet never did. Carla never had an incorrect count of controlled substances, and always was a model, trustworthy employee. I would not hesitate in hiring her again should the opportunity arise.

I do not hesitate in writing this letter, and by the same token, I would have declined to had I had the most remote inkling that this individual had a potential to be subversive and untrustworthy. I think that Carla warrants an opportunity to make the most of her life without having to be incarcerated.

Sincerely,

David F. Ramos R.N.
Clinical Director
Hope House of Saint Anne's Hospital

Saint Anne's Hospital
795 Middle Street
Fall River, Massachusetts 02721-1798
508-674-5741

*Caritas Christi* ♦ *A Catholic Health Care System* ♦ *Member*