

**Stanley T. Spevack, M.D.**
**Wayne G. Siegel, M.D.**
**Brian L. Medeiros, M.D.**
**Ruth Prophete, M.D.**
**Archna G. Calfee, M.D.**

**HIGHLAND PEDIATRICS**

**Marie McCarron, R.N., P.N.P**
**Marybeth Coakley, R.N., P.N.P**
**Catherine Voltas, R.N., P.N.P.**
**Daina L. Peirce, R.N., P.N.P.**

September 8, 2005

The Honorable Rya W. Zobel
United States District Court
John Joseph Moakley U.S. Court House
1 Court House Way
Boston, MA 02210

Dear Judge Zobel,

    My name is Stanley Spevack. I am a pediatrician licensed to practice in Massachusetts. I practice at Highland Pediatrics in Fall River, Massachusetts. Carla Paiva is the mother of one of my patients, Russell Isabel. Russell has been my patient since birth. He is now 15 years old.

    At age six, I diagnosed Russell with attention deficit hyperactivity disorder (ADHD). Among other symptoms Russell was easily distracted, disruptive in the classroom, had difficulty finishing school work and received negative reports from his teachers. In November 1996, I prescribed Ritalin for Russell to treat his ADHD symptoms. By February 1997, Russell was responding well to the medicine and his ADHD symptoms had improved. Over time Russell's report card showed improvement and he received positive reports from his teachers.

    On several occasions starting in 1998, Carla suggested taking Russell off the Ritalin to see how he would respond in school without the medication. Each time that Russell stopped taking the medicines his ADHD symptoms such as hyperactivity and distractibility would reappear and within a couple of months Russell would begin taking the medicine again. In May 1999, Russell's dose of Ritalin had to be increased as he was finishing the second grade. Eventually I switched Russell to Concerta which is the same medication as Ritalin, but is longer acting. In my opinion, Russell has responded well to medications for treatment of his ADHD. Carla brought Russell to my office for a physical exam on September 2, 2005. At that time Carla and I discussed the possibility of putting Russell back on the medication to treat his ADHD, as the last Concerta prescription that I had wrote for Russell was for a one month supply in September 2004. Russell did not take any medication during his eighth grade year. I asked Carla to gather information from Russell's school regarding his performance and behavior in the classroom last year. I will assess the information from the school and determine whether it is appropriate to prescribe Concerta again for Russell.

    Throughout my treatment of Russell, I have known Carla to be a concerned and responsible parent. Carla has consistently brought Russell to my office for routine check ups and

Page 2
To: The Honorable Rya W. Zobel
Re: Russell Isabel

also when he has been ill. I know that Carla might be sent to time in prison in the near future. Although I cannot speak with certainty about how this would affect Russell, I know that the loss of a mother for any child is incredibly difficult. It is possible that Russell's ADHD symptoms will worsen without Carla's presence. I can surmise that the loss of Carla for Russell will be even more challenging than for the average child.

Sincerely,

Stanley T. Spevack, M.D.

STS/lac