UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff, )<br>    v. )<br> )<br>JOHN MELO, )<br>    Defendant. )<br> ) | Criminal No. 03-10361-RWZ |

**NOTICE OF APPEARANCE**

Pursuant to L.R. 83.5.2, please enter the appearance of the undersigned Assistant United States Attorney as counsel for the United States in the above-captioned matter for the purposes of receiving ECF Notices.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

By: /s/Jennifer H. Zacks
    JENNIFER H. ZACKS
    Assistant U.S. Attorney
    1 Courthouse Way, Suite 9200
    Boston, MA 02210
    (617) 748-3100

Date: March 2, 2006